1 William A. Romaine # 126966
Law Office of William A. Romaine
2 206 West Lacey Boulevard # 309
Hanford, California 93230
3
559 635 3040 (Telephone)
4 559 772 8492 (Telecopier)
war@lawromaine.com
5
Attorney for Plaintiff George Dugal

**FILED**

SEP 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

## United States District Court
## Eastern District of California

| | |
|---|---|
| George Dugal, | Case Number: 1:10-CV-321 AWI GSA |
| Plaintiff, | REQUEST FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| Fresno Unified School District, et.al., | |
| Defendants. | |

It appearing that no party has answered or filed a motion for summary judgment in the above-entitled matter, in accordance with the provisions of Federal Rules of Civil Procedure, Rule 41(a)(1) plaintiff GEORGE DUGAL, hereby requests dismissal of the above-entitled action with prejudice as to all parties and causes of action.

Date: _____     Law Office of William A. Romaine


By:____s/ William A. Romaine_____
William A. Romaine, Attorney for Plaintiff

///
///
///

It is so Ordered. Dated: 9-24-10

_____
United States District Judge

Request for Dismissal with Prejudice.wpd